FILED

MAR 19 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **HOWARD WESLEY COTTERMAN**, <br><br> Defendant - Appellee. | No. 09-10139 <br><br> D.C. No. 4:07-cr-01207-RCC-CRP-1 <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.